[Cite as *Petrasko v. Ohio Dept. of Transp.*, 2015-Ohio-5355.]

| | |
|---|---|
| THEDA K. PETRASKO | Case No. 2015-00342-AD |
| Plaintiff | Clerk Mark H. Reed |
| v. | |
| | <u>MEMORANDUM DECISION</u> |
| OHIO DEPARTMENT OF TRANSPORTATION | |
| Defendant | |

{¶1} Plaintiff Theda K. Petrasko filed this claim on April 13, 2015 to recover damages which occurred when her 2012 Hyundai Elantra struck an uncovered manhole while traveling westbound on State Route 124 in Meigs County, Ohio. This road is a public road not maintained by the Ohio Department of Transportation. Plaintiff's vehicle sustained damages in the amount of $498.15. Plaintiff maintains a collision insurance deductible of $500.00.

{¶2} In order to recover on a claim for roadway damages against the Ohio Department of Transportation, Ohio law requires that a motorist/plaintiff prove <u>all</u> of the following:

{¶3} That the plaintiff's motor vehicle received damages as a result of coming into contact with a dangerous condition on a road maintained by the defendant.

{¶4} That the defendant knew or should have known about the dangerous road condition.

{¶5} That the defendant, armed with this knowledge, failed to repair or remedy the dangerous condition in a reasonable time.

{¶6} In this claim, the Court finds that the plaintiff did prove that her vehicle incurred damages as a result of a dangerous highway condition. However, as the Investigation Report filed July 7, 2015 makes clear, this road is not a road maintained by the defendant, it is instead a road that is maintained by the Village of Pomeroy.

{¶7} Since the defendant had no responsibility to maintain this road, they cannot be held liable for plaintiff's losses.

| | |
|---|---|
| THEDA K. PETRASKO | Case No. 2015-00342-AD |
| Plaintiff | Clerk Mark H. Reed |
| v. | |
| OHIO DEPARTMENT OF TRANSPORTATION | ENTRY OF ADMINISTRATIVE DETERMINATION |
| Defendant | |

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of defendant.  Court costs are assessed against plaintiff.

_____
MARK H. REED
Clerk

Entry cc:

Theda K. Petrasko
2408 June Street
P.O. Box 165
Syracuse, Ohio 45779

Jerry Wray, Director
Ohio Department Of Transportation
1980 West Broad Street
Mail Stop 1500
Columbus, Ohio 43223

Filed 9/22/15
Sent to S.C. Reporter 12/21/15